IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
|  | BEFORE: DULCE J. FOSTER |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. |  |
|  | Case No: 26-mj-10 DJF |
| Phillip Weltin, | Date: January 9, 2026 |
|  | Courthouse: Minneapolis |
|  | Courtroom: 8E |
| Defendant. | Time Commenced: 1:42 p.m. |
|  | Time Concluded: 1:53 p.m. |
|  | Time in Court: 11 minutes |

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Defender
     X  FPD        X  To be appointed

     X  Advised of Rights

on Violation of    X  Pretrial Release
X Date charges or violation filed: January 7, 2026
X Current Offense: Use of alcohol; possession of a device with internet access without prior permission from the Pretrial Services officer.
X **Charges from other District:** District of Idaho
X Title and Code of underlying offense from other District: Possession of child pornography - 18:2252A(a)(5)(B), (b)(2) and 2256(8)(A)
X Case no: 1:25-cr-00199-BLW

X Government moves for a detention hearing.      X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Wednesday, January 14, 2026 at 10:00 a.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP) location for:
X Detention hrg      X Bond Revocation

X Removal hearing waived.
X Removal Order to be issued.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on record.

_____ *s/ms*
Signature of Courtroom Deputy